BUILDING OWNERS AND MAN-
AGERS ASSOCIATION OF
PITTSBURGH

v.

CITY OF PITTSBURGH, Council of the
City of Pittsburgh, and William Pedu-
to, and Service Employees Interna-
tional Union Local 32 BJ

Petition of: Service Employees
International Union Local
32BJ

Building Owners and Managers
Association of Pittsburgh

v.

City of Pittsburgh, Council of the City
of Pittsburgh, and William Peduto,
and Service Employees International
Union Local 32 BJ

Petition of: Service Employees
International Union Local
32 BJ

No. 229 WAL 2017
No. 230 WAL 2017

Supreme Court of Pennsylvania.

November 29, 2017

---

### ORDER

PER CURIAM

AND NOW, this 29th day of November, 2017, the Petitions for Allowance of Appeal are **GRANTED**, limited to the issue set forth below. Allocatur is **DENIED** as to all other issues.

The issue, rephrased for clarity, is as follows:

Did the Commonwealth Court err in holding that the State Emergency Man-

agement Services Code, the State Disease Prevention and Control Act Law, the Second Class City Code, and the Home Rule Charter and Options Law failed to satisfy the "expressly provided by statute" exception, and that the City of Pittsburgh therefore lacked the authority to pass the Paid Sick Days Act and the Safe and Secure Buildings Act?

The appeals from Nos. 227–230 WAL 2017 and Nos. 236–239 WAL 2017 are hereby **CONSOLIDATED** for briefing and oral argument.